# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIANEY WIGGINS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.:1:25-cv-01817-VMC-AWH |
| v. ) | |
| ) | |
| CRISP, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties including intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Sianey Wiggins

- Defendant Crisp, Inc.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff Sianey Wiggen

- Legare, Attwood & Ragan, LLC

- Defendant Crisp, Inc.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Plaintiff:</u>

Marissa R. Torgerson
Eleanor M. Attwood
Legare, Attwood & Ragan, LLC
125 Clairemont Avenue, Suite 515
Decatur, Georgia 30030

Respectfully submitted April 7, 2025.

                               LEGARE, ATTWOOD & RAGAN, LLC

                               **<u>Marissa R. Torgerson</u>**
                               Georgia Bar No. 848356
                               mrtorgerson@law-llc.com
                               Eleanor M. Attwood
                               Georgia Bar No.: 514014
                               emattwood@law-llc.com

Decatur Town Center Two
125 Clairemont Avenue,
Suite 515
Decatur, Georgia 30030
Telephone: 470.823.4000
Facsimile: 470.201.1212

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIANEY WIGGINS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.:1:25-cv-01817-VMC-AWH |
| v. ) | |
| ) | |
| CRISP, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

LEGARE, ATTWOOD & RAGAN, LLC

**Marissa R. Torgerson**
Georgia Bar No. 848356
mrtorgerson@law-llc.com