AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Crisp, Inc**
was received by me on *(date)* **4/7/25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Laura Hall**, who is designated by law to accept service of process on behalf of *(name of organization)* **Crisp, Inc** on *(date)* **4/8/25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/8/25**

*Server's signature*

**Wiley D. Handley    Process Server**
*Printed name and title*

**1271 Avondale Ave**
**Atlanta GA 30312**
*Server's address*

Additional information regarding attempted service, etc: